UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINHBERGH CARLOS ARCEO,<br><br>  Petitioner,<br><br>  v.<br><br>STEVE LANGFORD, Warden,<br><br>  Respondent. | No. CV 18-00897-JGB (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: January 7, 2019

JESUS G. BERNAL
United States District Judge